

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 8, 2019**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SOVRANO, LLC, | § | CASE NO. 19-40067-11 |
| MR. GATTI'S, LP, | § | CASE NO. 19-40069-11 |
| GATTI'S GREAT PIZZA, INC., | § | CASE NO. 19-40070-11 |
| GIGI'S CUPCAKES, LLC, | § | CASE NO. 19-40072-11 |
| GIGI'S OPERATING, LLC, | § | CASE NO. 19-40073-11 |
| GIGI'S OPERATING II, LLC,[1] | § | CASE NO. 19-40074-11 |
| | § | |
| Debtors. | § | **(Joint Administration Requested)** |
| | § | |
| _____ | § | |

**ORDER GRANTING JOINT EMERGENCY MOTION AUTHORIZING
THE DEBTORS TO (I) HONOR CERTAIN PREPETITION OBLIGATIONS TO
CUSTOMERS, (II) HONOR PREPETITION MARKETING PROGRAM WITH
FRANCHISEES, (III) CONTINUE CERTAIN CUSTOMER AND FRANCHISEE
PROGRAMS AND PRACTICES, AND (IV) GRANTING RELATED RELIEF**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: Sovrano, LLC (1470); Mr. Gatti's, LP (0879); Gatti's Great Pizza, Inc. (6061); Gigi's Cupcakes, LLC (8356); Gigi's Operating, LLC (0621); and Gigi's Operating II, LLC (8396).

CAME ON FOR CONSIDERATION, the *Joint Emergency Motion Authorizing the Debtors to (I) Honor Certain Prepetition Obligations to Customers, (II) Honor Prepetition Marketing Program with Franchisees, (III) Continue Certain Customer and Franchisee Programs and Practices, and (IV) Granting Related Relief* (the "Motion"). The Court finds and concludes as follows:

a) The Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334;

b) The Motion is a core proceeding under 28 U.S.C. § 157(b);

c) Venue of this proceeding and the Motion in this district is proper under 28 U.S.C. § 1409;

d) The relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties-in-interest; and

e) The Debtors provided sufficient and appropriate notice of the Motion under the circumstances.

Having determined that the legal and factual bases set forth in the Motion establish just cause for the relief requested therein, it is ORDERED that:

1. The Motion is GRANTED;

2. The Debtors are authorized to maintain, continue and administer their Programs[2];

3. The Debtors are authorized to renew, replace, implement or modify their Programs;

4. The Debtors are authorized to pay and otherwise honor their obligations related to the Programs, including but not limited to honoring gift cards issued prepetition and the prepetition amounts owed to franchisees under the Franchisee Programs;

---

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

5. The Debtors are authorized to take all actions necessary to implement the relief granted in this order;

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this order;

7. To the extent applicable, Federal Rule of Bankruptcy Procedure 6003(b) has been satisfied because the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtors;

8. To the extent Federal Rule of Bankruptcy Procedure 6004(a) applies to the relief sought in the Motion, the Debtors are excused from complying with the notice requirements of Rule 6004(a); and

9. Notwithstanding any applicability of Federal Rule of Bankruptcy Procedure 6004(h), the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

### ### END OF ORDER ###

**Submitted by:**

*/s/ Nancy Ribaudo*
Nancy Ribaudo
Texas Bar I.D. 24026066
nancy.ribaudo@kellyhart.com
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone:  (817) 332-2500
Telecopier:  (817) 878-9280

*Proposed Counsel for Debtors*